

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00343-CV

| | | |
|---|---|---|
| NEWSTREAM HOTELS AND RESORTS, LLC AND NEWSTREAM COMMERCIAL, LLC, Appellants | § | On Appeal from the 431st District Court |
| V. | | |
| J.C. ABDOU; JOHN ABDOU; JAB CAPITAL LLC; DERRICK CABALLERO; QUEST TRUST COMPANY, SUCCESSOR BY MERGER TO QUEST IRA, INC. FBO JERRY DREW, AND FBO SUZIE DREW; JERRY DREW, INDIVIDUALLY; SUZIE DREW, INDIVIDUALLY; HEERWAGEN FAMILY PARTNERS, LTD.; DANIEL HEFLIN; ANN HEFLIN; RICHARD HORNYAK, AS TRUSTEE OF THE HORNYAK FAMILY TRUST; ERIC JACOBSON; ANN JACOBSON; NATSTEVE HOLDINGS, LLC; QUEST TRUST COMPANY, SUCCESSOR BY MERGER TO QUEST IRA, INC. FBO LANCE PIERCE; VIJAY SALUJA; OXPATCH LLC; SUBHASAH C. SINGHAL; MANUJ C. SINGHAL; PANKAJ C. SINGHAL; JAMES NEAL WALKER; JDMD DEVELOPMENT, LLC; AND 2548 LAKESIDE PARTNERS, LLC, Appellees | § § § § | of Denton County (20-8544-431)<br><br>May 12, 2022<br><br>Memorandum Opinion by Justice Wallach |

# JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellant Newstream Hotels and Resorts, LLC and Newstream Commercial, LLC shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach